UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James R. Poole,

    Petitioner,

v.                            ORDER
                              Civil No. 05-1138(MJD/RLE)

Dean Mooney, Director
of the Minnesota Sex
Offender Program,

    Respondent.

---

The above-entitled matter comes before the Court upon the Defendant's objections to the Report and Recommendation of Chief United States Magistrate Judge Raymond L. Erickson dated February 15, 2006.

Pursuant to statute, the Court has conducted a _de novo_ review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated February 15, 2006.

IT IS HEREBY ORDERED that Petitioner's application for Habeas Relief under Title 28 U.S.C. § 2254 [Docket No. 1] is SUMMARILY DISMISSED.

Date: March 22, 2006

                                              s / Michael J. Davis
                                              Michael J. Davis
                                              United States District Court